**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 01-6431**

─────────────

JAMES FREDERICK STEVENSON,

                                Petitioner - Appellant,

        versus

JAMES B. FRENCH, Warden, North Carolina De-
partment of Corrections,

                                Respondent - Appellee.

─────────────

Appeal from the United States District Court for the Western Dis-
trict of North Carolina, at Statesville.  Graham C. Mullen, Chief
District Judge.  (CA-95-119-2-MU)

─────────────

Submitted:  June 21, 2001          Decided:  July 3, 2001

─────────────

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

James Frederick Stevenson, Appellant Pro Se. R. Kendrick Cleveland,
NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for
Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

James Frederick Stevenson seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000).  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we deny Stevenson's motion for a certificate of appealability and dismiss the appeal on the reasoning of the district court.  <u>Stevenson v. French</u>, No. CA-95-119-2-MU (W.D.N.C. filed Mar. 7, 2001; entered Mar. 8, 2001).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2